

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0203-15

**ALEX CRANK II, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE EIGHTH COURT OF APPEALS BEXAR COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent. Newell, J. did not participate.

### O R D E R

The petition for discretionary review violates Rule of Appellate Procedure 9.4(i)(2)(D) because the petition exceeds the proper page limits.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: August 26, 2015
Do Not Publish